# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALEE HER, et al., | Case No. 1:14-cv-01453-SKO |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE COMPLAINT** |
| AVIVA LIFE AND ANNUITY CO., | (Doc. 21) |
| Defendant, | |
| AVIVA LIFE AND ANNUNITY CO., | |
| Counter Claimant, | |
| v. | |
| MALEE HER and TUNG HER-MOUA, | |
| Counter Defendants. | |

On May 1, 2015, Plaintiffs Malee Her and Tung Her-Moua ("Plaintiffs") filed a motion for leave to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15. Plaintiffs seek to add Tularr M. Moua as a Plaintiff. Plaintiffs filed suit against Aviva Life & Annuity Company n/k/a Athene Annuity & Life Assurance Company because it denied Plaintiff Malee Her's and Tung Her Moua's claims for life insurance benefits under two policies insuring the life

of their father, Peter Her.  After initial discovery was conducted, it was revealed that Plaintiff Tung He's husband, Tularr M. Moua, is a 50 percent co-beneficiary along with his wife on one of Peter Her's life insurance policies.  Thus, Plaintiffs seek to add Tularr M. Moua as a Plaintiff to this action.  Plaintiffs represent that Defendant does not oppose the request to amend the complaint in this manner, and no opposition has been filed.   Plaintiffs have attached a copy of their proposed First Amendment Complaint as an exhibit to their motion to amend.  (Doc. 21.)

The deadline to seek leave to amend the complaint was May 1, 2015, and Plaintiffs' motion was timely filed.  As the amendment to the complaint will not require modification of the scheduling deadlines, there is no prejudice to Defendant.  Moreover, the proposed amendment does not appear to be futile, brought in bad faith, or the product of undue delay.  *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 15, Plaintiffs' motion to amend the complaint is GRANTED;
2. With two (2) days from the date of this order, Plaintiffs shall file their proposed First Amendment Complaint as attached to their motion to amend; and
3. Within 15 days from the date Plaintiffs file the First Amendment Complaint, Defendant shall file a responsive pleading.

IT IS SO ORDERED.

Dated:   **May 7, 2015**                              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE