# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MALEE HER, TUNG HER-MOUA, and TULARR M. MOUA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>AVIVA LIFE & ANNUITY COMPANY n/k/a ATHENE ANNUITY & LIFE ASSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 1:14-cv-01453<br><br>**ORDER ON JOINT MOTION TO EXTEND EXPERT DEADLINES**<br><br>**(Doc. 25)** |

After reviewing the parties' Joint Motion to extend the expert deadlines, the Court GRANTS the relief requested in the Joint Motion and hereby ORDERS that:

1. Plaintiffs' expert designation deadline is extended from July 1, 2015 to July 13, 2015; and

2. Defendant's expert designation deadline is extended from September 1, 2015, to September 13, 2015.

IT IS SO ORDERED.

　Dated: __July 1, 2015__　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE