Stephanie G. Techau (Admitted Pro Hac Vice)
NYEMASTER GOODE, P.C.
625 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
Telephone:  (319) 286-7019
Facsimile:  (319) 286-7050

Karen J. Ray, SBN 272070
BAKER MANOCK & JENSEN, PC
5260 N. Palm Avenue, Suite 421
Fresno, California 93704
Telephone:  (559) 432-5400
Facsimile:  (559) 432-5620

Attorneys for Defendant Aviva Life & Annuity Company, n/k/a Athene Annuity & Life Assurance Company

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MALEE HER and TUNG HER-MOUA,<br><br>    Plaintiffs,<br><br>  vs.<br><br>AVIVA LIFE & ANNUITY COMPANY n/k/a ATHENE ANNUITY & LIFE ASSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:14-cv-01453<br><br>**ORDER REGARDING CANCELLATION OF NOVEMBER 2, 2015 SETTLEMENT CONFERENCE** |

For good cause appearing, it is hereby ordered that the Settlement Conference scheduled for November 2, 2015 be taken off calendar.  IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **October 15, 2015**                            _____
                                                                                    UNITED STATES MAGISTRATE JUDGE